

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00258-CV

_____

IN RE LANCE HOWERTON, Relator

---

Original Proceeding
415th District Court of Parker County, Texas
Trial Court No. CV-21-0594

---

Before Birdwell, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's emergency petition for writ of mandamus and is of the opinion that relief should be denied.[1]  Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: July 14, 2022

---

[1]The issues raised in relator's petition will be addressed in the interlocutory appeal pending before this court, Case No. 02-22-234-CV.